UNITED STATES v. SMITH & SONS CARPET CO. (Circuit Court, S. D. New York. June 1, 1904.) No. 3,433. Appeal from a decision of the Board of United States General Appraisers. G. A. 5443, T. D. 24,721. Charles Duane Baker, Asst. U. S. Atty. W. Wickham Smith, for importer.

TOWNSEND, Circuit Judge. The decision of the Board of General Appraisers is affirmed, on the authority of United States v. Lahey & Duncan (C. C.) 132 Fed. 181, the opinion in which is filed on this date.

WILCKE v. UNITED STATES. (Circuit Court, S. D. New York. June 1, 1904.) No. 3,386. Appeal from a decision of the Board of United States General Appraisers. G. A. 5437, T. D. 24,460. Howard T. Walden, for importer. Charles Duane Baker, Asst. U. S. Atty.

TOWNSEND, Circuit Judge. This case is controlled by the decision in Crucible Steel Co. v. U. S. (C. C.) 132 Fed. 269. It appears from an examination of the testimony that there is no evidence to support the finding of the board that the steel in question had been brightened. The decision of the Board of General Appraisers is reversed.